■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT JANDREAU, Appellant. [706 NYS2d 919] —Judgment unani-

mously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wayne County, Sirkin, J.—Burglary, 2d Degree.) Present—Pigott, Jr., P. J., Green, Pine, Hayes and Hurlbutt, JJ. (Filed Mar. 6, 2000.)